## In re Goking's Will.

*September 5 — September 26, 1899.*

*Wills: Undue influence.*

A finding of the trial court that an alleged will was not procured by undue influence on the part of the testator's widow is *held* to be sustained by the evidence.

Appeal from a judgment of the circuit court for Sheboygan county: N. S. Gilson, Circuit Judge. *Affirmed.*

This is a will contest. William Goking, the testator, was born in Germany in 1822, and was married to *Louisa Goking*, his widow and the proponent of the will, in 1851. He came to this country in 1852, and lived until his death, March 12, 1897, most of the time in Sheboygan county, in this state. He had accumulated about $30,000 worth of prop-

erty, and left surviving him his widow, the proponent, and five adult children. He executed the will in question July 17, 1878, leaving everything to his widow. The will was offered for probate, and due execution thereof was proven; but four of the children contested the will on the ground of undue influence on the part of the widow. The will was admitted to probate in the county court of Sheboygan county, and upon appeal to the circuit court the same judgment was rendered, and from that judgment the contestants prosecute this appeal.

The cause was submitted for the appellants on the brief of *Martin Hughes* and *A. C. Prescott*, and for the respondent on that of *Francis Williams*.

WINSLOW, J. The sole question in this case was one of fact, namely, as to whether the alleged will was procured by undue influence on the part of the testator's widow. Upon this question there was testimony upon both sides. The circuit court found the issue in favor of the proponent of the will, and we cannot say that such finding is not justified by the evidence. A review of the evidence would be profitless.

*By the Court.*— Judgment affirmed.